```
 1  BLECHER & COLLINS, P.C.
    MAXWELL M. BLECHER (State Bar # 026202)
 2  MARYANN R. MARZANO (State Bar #96867)
    DONALD R. PEPPERMAN (State Bar #109809)
 3  515 South Figueroa Street, Suite 1750
    Los Angeles, California 90071-3334
 4  Telephone: (213) 622-4222
    Facsimile: (213) 622-1656
 5  E-mail: mblecher@blechercollins.com
    E-mail: mmarzano@blechercollins.com
 6  E-mail: dpepperman@blechercollins.com

 7  HODGSON RUSS LLP
    JOEL M. WOLOSKY (Pro Hac Vice Application pending)
 8  1540 Broadway, 24th Floor
    New York, New York  10036
 9  Telephone: (212) 751-4300
    Facsimile: (212) 751-0928
10  E-mail: jwolosky@hodgsonruss.com

11  Attorneys for Defendant
    ROTHSTEIN, KASS & COMPANY, P.C.
12
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGAR W. TUTTLE; ERIC BRAUN; THE BRAUN FAMILY TRUST; and WENDY MEG SIGEL, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SKY BELL ASSET MANAGEMENT, LLC; GARY R. MARKS; GEOFFREY M. GOTSCH; MICHAEL SELL; AGILE SKY ALLIANCE FUND, LP; AGILE SKY ALLIANCE FUND GP, LLC; AGILE GROUP LLC; GREENBERG & ASSOCIATES, INC. d/b/a AGILE INVESTORS, INC.; NEAL GREENBERG; EDEN ROCK FINANCE FUND, LP; SOLID ROCK MANAGEMENT LIMITED; ERCM LLP; SANTO VOLPE; ERNST & YOUNG LLC; NIGHT WATCH PARTNERS, LP; SKY BELL | Case No.  CV-10-3588-WHA<br><br>[~~PROPOSED~~]<br>ORDER GRANTING SUPPLEMENTAL APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

1
[~~PROPOSED~~] ORDER GRANTING SUPPLEMENTAL APPLICATION FOR ADMISSION OF

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | OFFSHORE PARTNERS, LTD;<br>PIPELINE INVESTORS, LP; SKY<br>BELL SELECT, LP; WAILEA<br>PARTNERS, LP; WAILEA CAPITAL<br>GP, LLC; WAILEA ADVISORS, LP;<br>PROSPECT CAPITAL, LLC;<br>WILLIAM BELHUMEUR;<br>ROTHSTEIN KASS & COMPANY,<br>P.C.; MCGLADREY & PULLEN, LLP;<br>and DOES 1 -15,<br><br>                    Defendants. |

Joel M. Wolosky, Esq., whose business address and telephone number is: Joel M. Wolosky, Esq., Hodgson Russ LLP, 1540 Broadway, 24th Floor, New York, New York 10036; Telephone: (212) 751-4300, and who is an active member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant Rothstein Kass & Company, P.C.,

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 24, 2010.



IT IS SO ORDERED
Judge William Alsup

2

[~~PROPOSED~~] ORDER GRANTING SUPPLEMENTAL APPLICATION FOR ADMISSION OF