1  KEKER & VAN NEST LLP
   CHRISTOPHER C. KEARNEY - #154101
2  BENEDICT Y. HUR - #224018
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188
   E-mail: cck@kvn.com
5         BHur@kvn.com

6  WILLIAMS & CONNOLLY LLP
   THOMAS H.L. SELBY (*Pro Hac Vice Application pending*)
7  KATHERINE M. TURNER (*Pro Hac Vice Application pending*)
   EUN YOUNG CHOI (*Pro Hac Vice Application pending*)
8  725 Twelfth Street, N.W.
   Washington, DC 20005
9  Telephone: (202) 434-5000
   Facsimile: (202) 434-5029
10 E-mail: tselby@wc.com
          kturner@wc.com
11        echoi@wc.com

12 Attorneys for Defendant
   MCGLADREY & PULLEN, LLP
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGAR W. TUTTLE; ERIC BRAUN; THE BRAUN FAMILY TRUST; and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC; GARY R. MARKS; GEOFFREY M. GOTSCH; MICHAEL SELL; AGILE SKY ALLIANCE FUND, LP; AGILE SKY ALLIANCE FUND GP, LLC; AGILE GROUP LLC; GREENBERG & ASSOCIATES, INC., d/b/a AGILE INVESTORS, INC.; NEAL GREENBERG; EDEN ROCK FINANCE FUND, LP; SOLID ROCK MANAGEMENT LIMITED; ERCM LLP; SANTO VOLPE; ERNST & YOUNG LLC; NIGHT WATCH PARTNERS, LP; SKY BELL OFFSHORE PARTNERS, LTD; PIPELINE INVESTORS, LP; SKY BELL SELECT, LP; WAILEA PARTNERS, LP; WAILEA CAPITAL GP, LLC; WAILEA | Case No. 3:10-cv-03588-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Judge:   Hon. William H. Alsup<br><br>Date Comp. Filed:   July 14, 2010<br><br>Trial Date: Not Set |

| | |
|---|---|
| 1<br>2<br>3<br>4 | ADVISORS, LP; PROSPECT CAPITAL, LLC; WILLIAM BELHUMEUR; ROTHSTEIN KASS & COMPANY, P.C.; MCGLADREY & PULLEN LLP; and DOES 1 - 15,<br>                    Defendants. |

Eun Young Choi, an active member in good standing of the bars of the New York and the District of Columbia and the United States District Court for the Southern District of New York, whose business address is Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005, Telephone: 202.434.5000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant McGladrey & Pullen, LLP,

IT IS HEREBY ORDERD THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _September 17, 2010.___

_____
Hon. William H. Alsup
United States District Judge

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
CASE NO. 3:10-cv-03588-WHA

512223.01