| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | CHRISTOPHER C. KEARNEY - #154101 |
| 2 | BENEDICT Y. HUR - #224018 |
| | 710 Sansome Street |
| 3 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 4 | Facsimile: (415) 397-7188 |
| | E-mail:cck@kvn.com |
| 5 | BHur@kvn.com |
| 6 | WILLIAMS & CONNOLLY LLP |
| | THOMAS H.L. SELBY (*Pro Hac Vice Application pending*) |
| 7 | KATHERINE M. TURNER (*Pro Hac Vice Application pending*) |
| | EUN YOUNG CHOI (*Pro Hac Vice Application pending*) |
| 8 | 725 Twelfth Street, N.W. |
| | Washington, DC 20005 |
| 9 | Telephone: (202) 434-5000 |
| | Facsimile: (202) 434-5029 |
| 10 | E-mail:tselby@wc.com |
| | kturner@wc.com |
| 11 | echoi@wc.com |
| 12 | Attorneys for Defendant |
| | MCGLADREY & PULLEN, LLP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGAR W. TUTTLE; ERIC BRAUN; THE BRAUN FAMILY TRUST; and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC; GARY R. MARKS; GEOFFREY M. GOTSCH; MICHAEL SELL; AGILE SKY ALLIANCE FUND, LP; AGILE SKY ALLIANCE FUND GP, LLC; AGILE GROUP LLC; GREENBERG & ASSOCIATES, INC., d/b/a AGILE INVESTORS, INC.; NEAL GREENBERG; EDEN ROCK FINANCE FUND, LP; SOLID ROCK MANAGEMENT LIMITED; ERCM LLP; SANTO VOLPE; ERNST & YOUNG LLC; NIGHT WATCH PARTNERS, LP; SKY BELL OFFSHORE PARTNERS, LTD; PIPELINE INVESTORS, LP; SKY BELL SELECT, LP; WAILEA PARTNERS, LP; WAILEA CAPITAL GP, LLC; WAILEA | Case No. 3:10-cv-03588-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Judge: Hon. William H. Alsup<br><br>Date Comp. Filed: July 14, 2010<br><br>Trial Date: Not Set |

1

1  ADVISORS, LP; PROSPECT CAPITAL,
   LLC; WILLIAM BELHUMEUR;
2  ROTHSTEIN KASS & COMPANY, P.C.;
   MCGLADREY & PULLEN LLP; and DOES
3  1 - 15,

4                      Defendants.

Thomas H.L. Selby, an active member in good standing of the bars of the District of Columbia and Texas; United States District Courts for the District of Columbia and District of Colorado; United States Court of Appeals for the Federal Circuit; and United States Court of Federal Claims, whose business address is Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005, Telephone: 202.434.5000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant McGladrey & Pullen, LLP,

IT IS HEREBY ORDERD THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  September 17, 2010.

_____
Hon. William H. Alsup
United States District Judge