```
 1  KEKER & VAN NEST LLP
    CHRISTOPHER C. KEARNEY - #154101
 2  BENEDICT Y. HUR - #224018
    710 Sansome Street
 3  San Francisco, CA 94111-1704
    Telephone: (415) 391-5400
 4  Facsimile: (415) 397-7188
    E-mail: cck@kvn.com
 5          BHur@kvn.com

 6  WILLIAMS & CONNOLLY LLP
    THOMAS H.L. SELBY (Pro Hac Vice Application pending)
 7  KATHERINE M. TURNER (Pro Hac Vice Application pending)
    725 Twelfth Street, N.W.
 8  Washington, DC 20005
    Telephone: (202) 434-5000
 9  Facsimile: (202) 434-5029
    E-mail: tselby@wc.com
10          kturner@wc.com

11  Attorneys for Defendant
    MCGLADREY & PULLEN, LLP
12
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGAR W. TUTTLE; ERIC BRAUN; THE BRAUN FAMILY TRUST; and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC; GARY R. MARKS; GEOFFREY M. GOTSCH; MICHAEL SELL; AGILE SKY ALLIANCE FUND, LP; AGILE SKY ALLIANCE FUND GP, LLC; AGILE GROUP LLC; GREENBERG & ASSOCIATES, INC., d/b/a AGILE INVESTORS, INC.; NEAL GREENBERG; EDEN ROCK FINANCE FUND, LP; SOLID ROCK MANAGEMENT LIMITED; ERCM LLP; SANTO VOLPE; ERNST & YOUNG LLC; NIGHT WATCH PARTNERS, LP; SKY BELL OFFSHORE PARTNERS, LTD; PIPELINE INVESTORS, LP; SKY BELL SELECT, LP; WAILEA PARTNERS, LP; WAILEA CAPITAL GP, LLC; WAILEA ADVISORS, LP; PROSPECT CAPITAL, LLC; WILLIAM BELHUMEUR; | Case No. 3:10-cv-03588-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br><br>Judge:  Hon. William H. Alsup<br><br>Date Comp. Filed:  July 14, 2010<br><br>Trial Date: Not Set |

1  ROTHSTEIN KASS & COMPANY, P.C.;
   MCGLADREY & PULLEN LLP; and DOES
2  1 - 15,
3                     Defendants.

4

5       Katherine M. Turner, an active member in good standing of the bars of the District of
6  Columbia and New York, and the United States Court of Appeals for the First Circuit, and the
7  United States District Courts for the District of Columbia, Eastern District of Michigan, and
8  District of Colorado, whose business address is Williams & Connolly LLP, 725 Twelfth Street,
9  N.W., Washington, D.C. 20005, Telephone: 202.434.5000, having applied in the above-entitled
10 action for admission to practice in the Northern District of California on a *pro hac vice* basis,
11 representing Defendant McGladrey & Pullen, LLP,
12      IT IS HEREBY ORDERD THAT the application is granted, subject to the terms and
13 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
14 *vice*. Service of papers upon and communication with co-counsel designated in the application
15 will constitute notice to the party. All future filings in this action are subject to the requirements
16 contained in General Order No. 45, *Electronic Case Filing*.
17 Dated:  September 17, 2010.

                                    _____
                                    William H. Alsup
                                    United States District Judge