**United States District Court**
For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN
     FAMILY TRUST, and WENDY MEG SIEGEL, on
11   behalf of themselves and all others similarly situated,

12            Plaintiffs,                          No. C 10-03588 WHA

13      v.

14   SKY BELL ASSET MANAGEMENT, LLC, GARY R.
     MARKS, GEOFFREY M. GOTSCH, MICHAEL SELL,
15   AGILE SKY ALLIANCE FUND, LP, AGILE SKY         **ORDER DENYING**
     ALLIANCE FUND GP, LLC, AGILE GROUP LLC,        **STIPULATION TO**
16   GREENBERG & ASSOCIATES, INC., d/b/a AGILE      **CONTINUE CASE**
     INVESTORS, INC., NEAL GREENBERG, EDEN          **MANAGEMENT**
17   ROCK FINANCE FUND, LP, SOLID ROCK              **CONFERENCE**
     MANAGEMENT LIMITED, ERCM LLP, SANTO
18   VOLPE, ERNEST & YOUNG LLC, NIGHT WATCH
     PARTNERS, LP, SKY BELL OFFSHORE PARTNERS,
19   LTD., PIPELINE INVESTORS, LP, SKY BELL
     SELECT, LP, WAILED PARTNERS, LP, WAILED
20   CAPITAL GP, LLC, WAILED ADVISORS, LP,
     PROSPECT CAPITAL, LLC, WILLIAM
21   BELHUMEUR, ROTHSTEIN KASS & COMPANY,
     P.C., MCGLADREY & PULLEN, LLP, and DOES 1–15,
22

23            Defendants.
     _____/
24

25

26

27

28

Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference.  The order addressing the remand motion will be filed long before the case management conference will take place.

**IT IS SO ORDERED.**

Dated:  November 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California