IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

SKY BELL ASSET MANAGEMENT, LLC, *et al.*,

    Defendants.

 /

No. C 10-03588 WHA

**ORDER GRANTING ER DEFENDANTS' APPLICATION TO REMOVE INCORRECTLY FILED DOCUMENT**

For good cause shown, the ER defendants' application to remove from the docket Exhibit D to the originally-filed declaration of James Matthews is **GRANTED**. The Clerk shall remove docket number 73-5 only (and not the other documents associated with docket number 73).

**IT IS SO ORDERED.**

Dated: March 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE