# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE; ERIC BRAUN; THE BRAUN FAMILY TRUST; and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SKY BELL ASSET MANAGEMENT, LLC; GARY R. MARKS; GEOFFREY M. GOTSCH; MICHAEL SELL; AGILE SKY ALLIANCE FUND, LP; AGILE SKY ALLIANCE FUND, GP, LLC; AGILE GROUP LLC; GREENBERG & ASSOCIATES, INC., d/b/a AGILE INVESTORS, INC.; NEAL GREENBERG; EDEN ROCK FINANCE FUND, LP; SOLID ROCK MANAGEMENT LIMITED; ERCM LLP; SANTO VOLPE; ERNST & YOUNG LLC; NIGHT WATCH PARTNERS, LP; SKY BELL OFFSHORE PARTNERS, LTD; PIPELINE INVESTORS, LP; SKY BELL SELECT, L.P.; WAILEA PARTNERS, LP; WAILEA CAPITAL GP, LLC; WAILEA ADVISORS, LP; PROSPECT CAPITAL, LLC; WILLIAM BELHUMEUR; ROTHSTEIN KASS & COMPANY, P.C.; MCGLADREY & PULLEN, LLP, <br><br> Defendants. | Case No. CV 10-03588 WHA <br><br> [proposed] **ORDER OF ADMISSION *PRO HAC VICE*** <br><br> Hon. William H. Alsup <br> United States District Judge |

[PROPOSED] ORDER FOR ADMISSION    Page 1 of 2    Case No. CV 10-03588 WHA
*PRO HAC VICE (STEVEN M. FEDER)*

Steven M. Feder, an active member in good standing of the bars of Colorado and Illinois, and the United States District Court for the District of Colorado, whose business address is Feder Law Firm, 730 – 17th Street, Suite 550, Denver, CO 80202, phone 303-221-5599, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Neal Greenberg,

**IT IS HEREBY ORDERED** that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED:   March 22, 2011.

_____
Hon. William H. Alsup
United States District Judge