IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br>**ORDER REQUESTING SUBMISSION OF SEVEN LIMITED PARTNERSHIP AGREEMENTS** |

Counsel for the fund defendants (Attorneys Mark Forrester and Steven Thomas) shall please submit the seven limited partnership agreements referenced in their motion to dismiss (*see* Dkt. No. 75, Br. 20 n.14), by **MARCH 31, 2011**.

**IT IS SO ORDERED.**

Dated: March 30, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE