IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGAR W. TUTTLE; ERIC BRAUN; THE BRAUN FAMILY TRUST; and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SKY BELL ASSET MANAGEMENT, LLC; GARY R. MARKS; GEOFFREY M. GOTSCH; MICHAEL SELL; AGILE SKY ALLIANCE FUND, LP; AGILE SKY ALLIANCE FUND GP, LLC; AGILE GROUP LLC; GREENBERG & ASSOCIATES, INC. d/b/a AGILE INVESTORS, INC.; NEAL GREENBERG; EDEN ROCK FINANCE FUND, LP; SOLID ROCK MANAGEMENT LIMITED; ERCM LLP; SANTO VOLPE; ERNST & YOUNG LLC; NIGHT WATCH PARTNERS, LP; SKY BELL OFFSHORE PARTNERS, LTD; PIPELINE INVESTORS, LP; SKY BELL SELECT, LP; WAILEA PARTNERS, LP; WAILEA CAPITAL GP, LLC; WAILEA ADVISORS, LP; PROSPECT CAPITAL, LLC; WILLIAM BELHUMEUR; ROTHSTEIN KASS & COMPANY, P.C.; MCGLADREY & PULLEN, LLP; and DOES 1–15,<br><br>Defendants. | Case No. CV 10-03588 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT McGLADREY & PULLEN, LLP'S MOTION PURSUANT TO LOCAL RULE 6-3 TO CONTINUE DEADLINE TO SEEK LEAVE TO ADD NEW PARTIES** |

Upon consideration of Defendant McGladrey & Pullen, LLP's Motion Pursuant to Local Rule 6-3 to Continue Deadline to Seek Leave to Add New Parties ("Motion"), the Declaration of Katherine M. Turner in support thereof, any opposition thereto, all supporting evidence and arguments, and the entire record,

**IT IS HEREBY ORDERED** that Defendant McGladrey & Pullen, LLP's Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that March 25, 2011 deadline to seek leave to add new parties is hereby continued to and including May 25, 2011; and

**IT IS FURTHER ORDERED** that the Second Amended Case Management Order, dated February 10, 2011 [Dkt. #69], is hereby amended to reflect the new deadline of May 25, 2011 for seeking leave to add new parties.

**IT IS SO ORDERED.**

DATED: March 30, 2011.

_____
The Honorable William H. Alsup
United States District Judge