IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

SKY BELL ASSET MANAGEMENT, LLC, *et al.*,

    Defendants.

No. C 10-03588 WHA

**ORDER GRANTING FUND DEFENDANTS' APPLICATION TO REPLACE INCORRECTLY FILED DOCUMENTS**

For good cause shown, the fund defendants' application to remove from the docket all of the exhibits to their submission of limited partnership agreements and to replace the exhibits with redacted versions is **GRANTED**. The fund defendants shall file redacted versions of the seven agreements immediately. Then the Clerk shall remove all of the exhibits to docket number 110, and indicate on the docket that docket number 110 corresponds with the new exhibits.

**IT IS SO ORDERED.**

Dated: April 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE