1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGAR W. TUTTLE; ERIC BRAUN; THE BRAUN FAMILY TRUST; and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br>　　　　　　　　　　　Plaintiffs,<br>v.<br>SKY BELL ASSET MANAGEMENT, LLC; GARY R. MARKS; GEOFFREY M. GOTSCH; MICHAEL SELL; AGILE SKY ALLIANCE FUND, LP; AGILE SKY ALLIANCE FUND GP, LLC; AGILE GROUP LLC; GREENBERG & ASSOCIATES, INC., d/b/a AGILE INVESTORS, INC.; NEAL GREENBERG; EDEN ROCK FINANCE FUND, LP; SOLID ROCK MANAGEMENT LIMITED; ERCM LLP; SANTO VOLPE; ERNST & YOUNG LLC; NIGHT WATCH PARTNERS, LP; SKY BELL OFFSHORE PARTNERS, LTD; PIPELINE INVESTORS, LP; SKY BELL SELECT, LP; WAILEA PARTNERS, LP; WAILEA CAPITAL GP, LLC; WAILEA ADVISORS, LP; PROSPECT CAPITAL, LLC; WILLIAM BELHUMEUR; ROTHSTEIN KASS & COMPANY, P.C.; MCGLADREY & PULLEN LLP; and DOES 1 - 15,<br>　　　　　　　　　　　Defendants. | Case No. 3:10-cv-03588-WHA<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR HEARING ON CLASS CERTIFICATION**<br><br>Judge:　　Hon. William H. Alsup<br><br>Date Comp. Filed:　　July 14, 2010<br><br>Trial Date: March 12, 2012 |

557584.01

CASE NO. 3:10-cv-03588-WHA

1  The parties have stipulated that, because the issues of whether this the proper forum for
2  this action and whether the Court has personal jurisdiction over certain defendants have been
3  held in abeyance pending discovery, with a further briefing deadline of August 11, it would not
4  serve the interests of judicial economy for the Court to decide a motion for class certification
5  before deciding those issues. They represent that the proposed continuance will not materially
6  affect the case schedule.

7  They stipulate that the deadline of July 14, 2011, for a hearing on any motion for class
8  certification be continued to September 29, 2011. The stipulation is **GRANTED**. The parties shall
9  please remain diligent and work hard to keep the case schedule on track.

**IT IS SO ORDERED.**

Dated: May 26, 2011.

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

557584.01

CASE NO. 3:10-cv-03588-WHA