IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

SKY BELL ASSET MANAGEMENT, LLC, GARY R. MARKS, GEOFFREY M. KITSCH, MICHAEL SELL, AGILE SKY ALLIANCE FUND, LP, AGILE SKY ALLIANCE FUND GP, LLC, AGILE GROUP LLC, GREENBERG & ASSOCIATES, INC., d/b/a AGILE INVESTORS, INC., NEAL GREENBERG, EDEN ROCK FINANCE FUND, LP, SOLID ROCK MANAGEMENT LIMITED, ERCM LLP, SANTO VOLPE, ERNST & YOUNG LLC, NIGHT WATCH PARTNERS, LP, SKY BELL OFFSHORE PARTNERS, LTD., PIPELINE INVESTORS, LP, SKY BELL SELECT, LP, WAILED PARTNERS, LP, WAILED CAPITAL GP, LLC, WAILED ADVISORS, LP, PROSPECT CAPITAL, LLC, WILLIAM BELHUMEUR, ROTHSTEIN KASS & COMPANY, P.C., MCGLADREY & PULLEN, LLP, and DOS 1–15,

    Defendants.
                                   /

No. C 10-03588 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

    The Court acknowledges defendant's letter of August 1 and **SETS** a meet-and-confer starting from **9:00 A.M. AND CONTINUING UNTIL 1:30 P.M. ON FRIDAY, AUGUST 12, 2011**, in the Court's jury room at the federal courthouse. At **1:30 P.M.**, the Court shall hold a hearing to

decide on any remaining unresolved issue(s).  Plaintiff's response is due by **NOON ON AUGUST 5**. Please buzz chambers at 9:00 a.m. on Friday to be let into the jury room.

Please note that only those who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated:  August 3, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE