IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br>**ORDER SETTING HEARING ON DEFENDANTS' DISCOVERY DISPUTE** |

The Court acknowledges Rothstein Kass & Company's letter briefs of August 4, and **SETS** a meet-and-confer starting from **9:00 A.M. AND CONTINUING UNTIL 1:30 P.M. ON FRIDAY, AUGUST 12, 2011**, in the Court's jury room at the federal courthouse. In other words, counsel for Rothstein Kass can join the meet-and-confer already set concerning McGladrey & Pullen's discovery dispute letter (*see* Dkt. No. 171). At **1:30 P.M.,** the Court shall hold a hearing to decide any remaining unresolved issue(s). Plaintiffs' letter brief in response to Rothstein Kass's letters is due by **NOON ON TUESDAY, AUGUST 9**. (Plaintiffs' response to McGladrey & Pullen's letter is still due by tomorrow at noon.)

Please buzz chambers at 9:00 a.m. on August 12 to be let into the jury room. Please note that only those who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: August 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE