IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br><br><br><br><br><br><br>**ORDER DENYING MOTION FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL** |

Local counsel for defendant Neal Greenberg, namely Julian M. Baum & Associates, Julian M. Baum, and Robert C. Weems, move for an order permitting them to withdraw as counsel of record for defendant Greenberg. The motion is solely made on the ground that defendant Greenberg has failed to pay attorney's fees and expenses (and assertedly has no intention of paying them going forward). The deadline for any response has passed and none has been received.

The motion is **DENIED**. This case is too far advanced to leave defendant Greenberg without local counsel at this stage. The moving attorneys should have gotten payment up front. Allowing withdrawal would leave defendant Greenberg as a *pro se* litigant if his out-of-state counsel were unable to find new local counsel. The Court needs the assistance of the moving

attorneys in this circumstance. The moving attorneys shall continue as counsel with or without payment. The hearing set for August 25 is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE