IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SKY BELL ASSET MANAGEMENT, LLC, *et al.*,

Defendants.

No. C 10-03588 WHA

**ORDER TO SHOW CAUSE**

An order dated April 11, 2011, stated as to arguments made in motions to dismiss by the fund defendants and the Eden Rock defendants (emphasis omitted): "In four months from the date of this order, *i.e.*, on August 11, 2011, both sides may file supplemental submissions concerning the matters that are being held in abeyance by this order, namely personal jurisdiction and the execution process of the limited partnership agreements (the forum-selection issue)" (Dkt. No. 118). In other words, further briefing after jurisdictional and venue discovery was ordered as to arguments made by the fund defendants and the Eden Rock defendants, and that briefing was due yesterday, August 11.

A later order regarding a motion to dismiss by defendant Ernst & Young held, "Ernst & Young's motion to dismiss . . . [is] held in abeyance . . . On August 11, 2011, both sides may file supplemental submissions concerning the matters that are being held in abeyance by this order (this will be alongside the further submissions concerning jurisdictional discovery as to the fund defendants)" (Dkt. No. 154).

Yesterday, there were several filings, all from plaintiffs' counsel. Plaintiffs' counsel filed a motion for appointment as interim class counsel (Dkt. No. 183), a memorandum regarding the issues held in abeyance from defendant Ernst & Young LLC's prior motion to dismiss (Dkt. No. 186), and a "memorandum regarding issues held in abeyance by the April 11, 2011 order," which states that it is "specifically as to defendants Rothstein, Kass & Company, P.C. [] and McGladrey & Pullen, LLP" (Dkt. No. 189). In other words, this last submission does not address the fund defendants or the Eden Rock defendants.

Thus, the fund defendants and the Eden Rock defendants and Ernst & Young LLC failed to submit any further briefing on the issues held in abeyance by prior orders. Moreover, plaintiffs' counsel missed their deadline to file any further briefing regarding the jurisdiction and venue issues as to the fund defendants or Eden Rock defendants.

Plaintiffs are ordered to show cause why all of the fund defendants and Eden Rock defendants should not be dismissed for lack of personal jurisdiction and proper venue.

Apart from this, plaintiffs are also ordered to submit their memorandum of understanding with the fund defendants, so that it may be determined whether plaintiffs' counsel purported to act on behalf of the class or affect class rights.

Plaintiffs shall respond to this order to show cause by **NOON ON TUESDAY, AUGUST 16, 2011**.

**IT IS SO ORDERED.**

Dated: August 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2