IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 10-03588 WHA<br><br>**NOTICE ACKNOWLEDGING BRIEF FROM ERNST & YOUNG** |

    Earlier today at order to show cause issued. It noted that several parties missed a deadline yesterday for further briefing. This notice acknowledges that in addition to filings by plaintiffs counsel yesterday, Ernst & Young LLC filed further briefing at docket number 182. This was overlooked amid the other filings. This notice does not affect the order to show cause other than to clarify this background point.

Dated: August 12, 2011.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE