IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>    Defendants.<br>_____ / | No. C 10-03588 WHA<br><br><br><br><br><br><br>**NOTICE REGARDING DISCOVERY DISPUTE HEARING** |

    Today the following parties appeared through counsel to meet and confer and be heard regarding their discovery disputes: McGladrey & Pullen, Rothstein Kass & Company, and plaintiffs. Counsel for Eden Rock Capital Management did not appear despite having filed a letter requesting joinder; as such, the discovery relief provided to the moving defendants does not apply to Eden Rock.

    In the parties' meet-and-confer they resolved many of the disputed issues. Those presented as unresolved to the undersigned judge were ruled on on the record.

Dated: August 12, 2011.

                                                   WILLIAM ALSUP<br>                                                   UNITED STATES DISTRICT JUDGE