IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE MEMORANDUM OF UNDERSTANDING *EX PARTE* UNDER SEAL WITHOUT PREJUDICE TO LATER PUBLIC DISCLOSURE** |

Plaintiffs' counsel request permission to file the memorandum of understanding, which they have been ordered to file by an order to show cause, *ex parte* under seal. That request is **GRANTED**, without prejudice to public disclosure of the memorandum of understanding if upon review it is determined that *ex parte* filing is not warranted.

**IT IS SO ORDERED.**

Dated: August 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE