IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 10-03588 WHA<br><br>**REMINDER THAT DEADLINE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION REMAINS AUGUST 25, 2011** |

All counsel are reminded that the deadline for filing a motion for class certification remains August 25, 2011, with oppositions due as per the 35-day briefing track. Although a motion for appointment of interim class counsel has been recently filed for hearing in September and plaintiffs' counsel have also submitted their "memoranda of understanding" in response to the order to show cause, those circumstances cannot excuse compliance with the long-standing and specific case deadlines. The deadline for filing the motion for class certification as to the fund defendants and all other defendants continues to be fixed at August 25, failing which no certification will be entertained. Oppositions thereto must also be filed on time. With respect to the pending motions to dismiss regarding jurisdictional and venue issues held in abeyance by prior order by the fund defendants, Eden Rock defendants, and Ernst & Young LLC, the Court now understands that all parties have submitted whatever additional

supplements they plan to submit and the Court is now in a position to proceed to decide those issues.

Dated: August 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE