IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 10-03588 WHA<br><br><br><br><br>**ORDER DENYING PLAINTIFFS' MOTION TO FILE UNDER SEAL EXHIBIT C TO DECLARATION OF GWENDOLYN GIBLIN** |

Plaintiffs' counsel request permission to file Exhibit C to the Declaration of Gwendolyn R. Giblin In Support Of Plaintiffs' Response To August 12, 2011 Order To Show Cause under seal, because the documents contained in the exhibit were produced by the Eden Rock defendants and were designated "confidential" pursuant to a protective order. The Eden Rock defendants, however, did not file a declaration establishing that the designated information is sealable. Accordingly, pursuant to Civil Local Rule 79-5(d), the motion is **DENIED**, and Exhibit C shall be made part of the public record.

**IT IS SO ORDERED.**

Dated: August 29, 2011.

                                                       WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE