IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br><br><br><br><br>**ORDER REGARDING LETTER FROM AUDITOR DEFENDANTS DATED AUGUST 29, 2011** |

Before deciding whether terminating sanctions or other sanctions are warranted regarding the letter from the auditor defendants dated August 29, 2011, plaintiffs' counsel shall have an opportunity to respond. Such response is due by **NOON ON FRIDAY, SEPTEMBER 2, 2011**.

**IT IS SO ORDERED.**

Dated: August 30, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE