IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, AND WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br>**ORDER RESCHEDULING HEARING ON MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL AND MOTION FOR CLASS CERTIFICATION** |

The hearing on the motion for appointment of interim class counsel (Dkt. 183) and motion for class certification (Dkt. 207) are hereby rescheduled to **3:00 P.M. ON SEPTEMBER 29, 2011**. Both motions will be heard at this time.

.

**IT IS SO ORDERED.**

Dated: September 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE