United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, AND WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br>**ORDER SETTING HEARING RE DISCOVERY DISPUTE** |

This Court is in receipt of auditor defendants', McGladrey & Pullen, LLP, Rothstein Kass & Company, PC, and Ernst & Young LLC, letter of August 29, 2011, concerning a discovery dispute and planitiffs' response letter of September 2 and hereby **SETS** a meet-and-confer starting at **8:00 A.M. AND ENDING AT 11:00 A.M. ON TUESDAY, SEPTEMBER 13, 2011**, in the Court's jury room on the nineteenth floor of the federal courthouse. Please buzz chambers to be let in jury room. At **11:00 A.M.**, the Court shall hold a hearing to resolve any remaining disputed issue(s).

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: September 8, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE