KEKER & VAN NEST LLP
CHRISTOPHER C. KEARNEY - #154101
BENEDICT Y. HUR - #224018
CODY S. HARRIS - #255302
633 Battery Street
San Francisco, CA  94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
E-mail: cck@kvn.com
          bhur@kvn.com
          charris@kvn.com

WILLIAMS & CONNOLLY LLP
THOMAS H.L. SELBY (*Admitted Pro Hac Vice*)
KATHERINE M. TURNER (*Admitted Pro Hac Vice*)
EUN YOUNG CHOI (*Admitted Proc Hac Vice*)
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile:  (202) 434-5029

Attorneys for Defendant
McGLADREY & PULLEN, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGAR W. TUTTLE; ERIC BRAUN; THE BRAUN FAMILY TRUST; and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC; et al.<br><br>Defendants. | Case No. 3:10-cv-03588-WHA<br><br>[~~PROPOSED~~] ORDER REGARDING DISCOVERY DISPUTE HEARING<br><br>Judge:     Hon. William H. Alsup<br><br>Date Comp. Filed:     July 14, 2010<br><br>Trial Date:  March 12, 2012 |

On September 13, 2011, the Court held a hearing regarding discovery disputes raised by certain defendants. The following parties appeared through counsel to meet and confer and be heard regarding these discovery disputes: McGladrey & Pullen, LLP, Rothstein Kass & Co., PC, Ernst & Young, LLC (collectively, the "Auditor Defendants'), and plaintiffs.

The parties resolved disputed issues during the meet-and-confer, and presented the

1 following proposal to the Court for the Court's consideration.  For the reasons stated on the

2 record, the Court hereby grants the parties' requested relief as follows.

3     1.    Plaintiffs' Reply to Defendants' Opposition to the Plaintiffs' Motion for

4 Certification of a Plaintiff Class and Subclasses, Appointment of Class Representatives, and

5 Appointment of Class Counsel ("Motion for Class Certification") remains due on September 15,

6 2011;

7     2.    Plaintiffs will produce named plaintiffs Eric Braun, the Braun Family Trust,

8 Wendy Siegel, and Edgar Tuttle for depositions no later than September 26, 2011.  Plaintiffs and

9 Auditor Defendants will endeavor to schedule all three depositions on a single day at a mutually

10 agreeable date and time, in San Francisco.  Time spent taking these depositions will not count

11 against any of the Auditor Defendants' total time for depositions under the Federal Rules of Civil

12 Procedure or other applicable rules or agreements;

13     3.    The depositions described in paragraph 2 will cover the issues set forth in the

14 Auditor Defendants' letter brief of August 29, 2011 [Dkt. # 212];

15     4.    After the depositions described in paragraph 2 have occurred, should any of the

16 Auditor Defendants deem it necessary, they may file a supplemental brief in support of their

17 Opposition to Plaintiffs' Motion for Class Certification of no more than five pages, no later than

18 6:00 p.m. on September 28, 2011;

19     5.    If any of the Auditor Defendants files a supplemental brief as described in

20 paragraph 4, Plaintiffs may file a response to any such brief if they deem it necessary, limited to

21 the issues addressed in the Auditor Defendants' Supplemental brief, as described in paragraph 4.

22 Plaintiffs' response may be no more than five pages and must be filed no later than September

23 29, 2011;

24     6.    The hearing on Plaintiffs' Motion for Class Certification will be continued until

25 October 13, 2011 at a time convenient for the Court;

26     7.    Plaintiffs will produce all documents reflecting communications to or from any

27 named plaintiff (other than with attorneys) that relate to the subject matter of the instant

28 litigation, which were created prior to September 2009, when Plaintiffs' law firm was first

contacted by a putative plaintiff in connection with the instant litigation. Plaintiffs will also produce all non-privileged communications relating to the subject matter of the lawsuit subsequent to September 2009. This discovery will be produced no later than September 19, 2011;

8. Plaintiffs will produce a privilege log documenting all privileged communications created in September 2009 up until the filing of the Complaint on July 14, 2010. This privilege log, along with any documents required to be produced under the Court's Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup [Dkt. # 4], shall be produced to the Auditor Defendants no later than 12:00 p.m. on the day before the depositions, as discussed in paragraph 2 above;

9. The parties agree that no privileged communications created after the filing of the Complaint on July 14, 2010 need to be logged ;

10. Nothing in this Order excuses or discharges any party's continuing obligation to produce non-privileged documents as required under the Federal Rules of Civil Procedure, the Court's standing orders, or other agreements between the parties.

IT IS SO ORDERED.

Dated: September 16, 2011.

HON. WILLIAM H. ALSUP
United States District Judge