IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>    Defendants.<br>_____ / | No. C 10-03588 WHA<br><br>**ORDER DENYING AS MOOT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

Plaintiffs have moved for appointment of interim class counsel. A different motion for class certification will be heard on October 13, 2011, at 8 a.m. and that will moot out any need for any interim class counsel. Thus, plaintiffs' motion for appointment of interim class counsel is **DENIED AS MOOT**. The motion hearing scheduled for **SEPTEMBER 29, 2011**, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: September 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE