IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SKY BELL ASSET MANAGEMENT, LLC, *et al.*, <br><br> Defendants. | No. C 10-03588 WHA <br><br> **NOTICE RESCHEDULING HEARING TIME** |

Due to a congested law-and-motion calendar and an on going trial, counsel shall be on notice that the hearing set for October 1, 2011 at 2p.m. has been rescheduled to **WEDNESDAY, OCTOBER 19, 2011 AT 8A.M.** Please report to Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly.

**IT IS SO ORDERED.**

Dated: October 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE