IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br>**REQUEST FOR AUDITOR DEFENDANTS' TO PROVIDE MISSING PAGE OF TRANSCRIPT** |

In the auditor defendants' briefing regarding the class certification motion, defendants' state: "Second, Braun, the sole purported representative of the Pipeline Subclass, lacks standing to sue on behalf of the Pipeline Subclass because he held no legal title to an interest in Pipeline; that interest was owned by IRA Resources, as custodian. *See* Rubin Decl., Exh. B., Braun Tr. at 41:21-42:4)" (Dkt. No. 226 at 29). Page 41 of the transcript is not included in Exhibit B.

The auditor defendants shall have until **NOON ON FRIDAY, OCTOBER 14, 2011**, to file page 41 of the transcript.

**IT IS SO ORDERED.**

Dated: October 13, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE