**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br>**REQUESTING ADDITIONAL INFORMATION FROM COUNSEL** |

By **NOON ON MONDAY, OCTOBER 17, 2011**, all counsel shall file a statement under oath stating the exact number of investors (or limited partners) in each of the seven limited partnerships. The Court needs the assistance of counsel to determine the numerosity issue. Please give assistance to the Court. Please do *not* state, "at least x limited partners."

**IT IS SO ORDERED.**

Dated: October 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE