IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br>**NOTICE** |

Be prepared to answer these questions based on the existing record. Do *not* try to supplement:

- Was Eric Braun a qualified investor?
- If not, did he ever represent otherwise?
- What does the caselaw hold as to whether it even matters?
- Many people hold investments in an IRA account. What difference should it make that Mr. Braun held this investment via an IRA account?

- Claims 3–5 are not asserted against Rothstein Kass by the Night Watch "class." How can these claims now be included as class claims against Rothstein Kass?

**IT IS SO ORDERED.**

Dated: October 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE