IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

SKY BELL ASSET MANAGEMENT, LLC, *et al.*,

    Defendants.

                                /

No. C 10-03588 WHA

**NOTICE REQUESTING INFORMATION TO BE PROVIDED AT HEARING**

With respect to PipeLine Investors, L.P., all counsel shall please bring a list of all purported class members to the hearing, including their states of residence. At a minimum, a name and address list will be requested.

**IT IS SO ORDERED.**

Dated: October 17, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE