IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br>**NOTICE REQUESTING ADDITIONAL INFORMATION TO BE PROVIDED AT CLASS CERTIFICATION HEARING** |

In light of the submissions earlier today, all counsel shall bring to the hearing, a list of all proposed class members, including their states of residence. At a minimum, a name and address list is required. This will be for the seven limited partnerships, not just PipeLine Investors, L.P., as previously stated.

**IT IS SO ORDERED.**

Dated: October 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE