United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>    Defendants.<br>_____ / | No. C 10-03588 WHA<br><br>**ORDER TO SHOW CAUSE** |

The Court is in receipt of plaintiffs' request for leave to file a motion to strike the supplemental declaration of Attorney Joel M. Wolosky (Dkt. No. 259). Defendants failed to respond. The précis request is deemed the motion to strike. Defendants are ordered to show cause why the declaration should not be stricken by **NOON ON OCTOBER 31, 2011**. The response shall be no more than five pages.

**IT IS SO ORDERED.**

Dated: October 28, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE