IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

SKY BELL ASSET MANAGEMENT, LLC, *et al.*,

    Defendants.

No. C 10-03588 WHA

**ORDER REGARDING REQUEST FOR CLARIFICATION OF ORDER DATED NOVEMBER 18, 2011**

    Plaintiffs ask if they need to file an additional motion to extend the deadlines for fact and expert discovery and to associate co-counsel. They do not. The order dated November 18, 2011, granted an extension of both deadlines (Dkt. No. 274 at 4). The order also granted leave to file an expedited motion to continue certain pretrial dates based on the understanding that plaintiffs also sought leave to file a motion to extend other pretrial deadlines. Based on plaintiffs' instant request for clarification, it appears this was not the case and that plaintiffs only sought leave to extend the fact and expert discovery deadline and deadline to associate co-counsel. As those deadlines have already been extended, plaintiffs need not file an expedited motion to continue.

**IT IS SO ORDERED.**

Dated: November 22, 2011.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE