IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGAR W. TUTTLE; ERIC BRAUN; THE BRAUN FAMILY TRUST; and WENDY MEG SIEGEL, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SKY BELL ASSET MANAGEMENT, LLC, et al.,<br><br>Defendants. | Case No. 3:10-cv-03588-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

1    WHEREAS plaintiff Edgar W. Tuttle previously moved to be appointed representative of, *inter alia*, a subclass of limited partners in Wailea Partners, LP for purposes of pursuing class claims against Defendant McGladrey & Pullen, LP ("McGladrey"); and

4    WHEREAS by Order dated October 28, 2011, this Court, *inter alia*, denied Mr. Tuttle's motion solely with regard to certification of the subclass asserting claims against McGladrey; and

6    WHEREAS as a result of the October 28, 2011 Order, the only remaining claims in this action against McGladrey are the individual claims of Plaintiff Edgar W. Tuttle ("Tuttle's individual claims"); and

9    WHEREAS, McGladrey and Tuttle have reached a settlement as to Tuttle's individual claims against McGladrey only;

11    NOW, THEREFORE, THE UNDERSIGNED STIPULATE AND AGREE AS FOLLOWS:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Tuttle's individual claims in the above-captioned case against Defendant McGladrey only are hereby dismissed with prejudice.

The parties will bear their own costs and attorneys' fees.

Dated: 12/14/11
By: [signature]

GOLD BENNETT CERA & SIDENER LLP
Solomon B. Cera (#99467)
Gwendolyn R. Giblin (#181973)
C. Andrew Dirksen (#197378)
Gold Bennett Cera & Sidener LLP
595 Market Street, Ste. 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
Email: scera@gbcslaw.com
       ggiblin@gbcslaw.com

*Counsel for Plaintiff Edgar W. Tuttle*

Dated: 12/15/11
By: [signature]

KEKER & VAN NEST LLP
Christopher C. Kearney (#154101)
Benedict Y. Hur (#224018)
Cody S. Harris (#255302)
633 Battery Street
San Francisco, California 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: ckearney@kvn.com
       bhur@kvn.com
       charris@kvn.com

WILLIAMS & CONNOLLY LLP
Thomas H.L. Selby (pro hac vice)
Katherine M. Turner (pro hac vice)
Eun Young Choi (pro hac vice)
725 12th Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: tselby@wc.com
       kturner@wc.com
       echoi@wc.com

*Counsel for Defendant McGladrey & Pullen, LLP*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 19, 2011.

[signature]

William Alsup
UNITED STATES DISTRICT JUDGE