IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. / | No. C 10-03588 WHA<br><br>**ORDER GRANTING REQUEST TO FILE MOTION TO CONTINUE PRETRIAL AND TRIAL DATES** |

Plaintiffs have submitted a request to file a motion to continue pretrial and trial dates. Defendant Rothstein, Kass, and Company, P.C., does not oppose. The request to file a motion to continue pretrial and trial dates is **GRANTED**.

**IT IS SO ORDERED.**

Dated: December 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE