GOLD BENNETT CERA & SIDENER LLP
SOLOMON B. CERA (State Bar No. 99467)
GWENDOLYN R. GIBLIN (State Bar No. 181973)
C. ANDREW DIRKSEN (State Bar No. 197378)
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
E-mail: scera@gbcslaw.com
E-mail: ggiblin@gbcslaw.com
E-mail: cdirksen@gbcslaw.com

COHEN MILSTEIN SELLERS & TOLL, PLLC
HERBERT E. MILSTEIN
JOSHUA S. DEVORE
MATTHEW KAPLAN
1100 New York Ave., NW
Suite 500, West Tower
Washington, DC 20005-3965
Telephone: (202) 408 4600
hmilstein@cohenmilstein.com
jdevore@cohenmilstein.com
mkaplan@cohenmilstein.com

Attorneys for Plaintiffs
and All Others Similarly Situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE; ERIC BRAUN; THE BRAUN FAMILY TRUST by its co-trustee ERIC BRAUN; and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC et al.<br><br>Defendants. | Case No.: 10-CV-03588 (WHA)<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-2 TO ACCELERATE TIME FOR BRIEFING AND HEARING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES AND [PROPOSED] ORDER** |

WHEREAS the Court has issued an Order Granting Request to File Motion to Continue Pretrial and Trial Dates ("Order") (Dkt. 295); and

WHEREAS in light of the nature and timing of the relief requested in the Plaintiffs'

Précis Seeking Leave To File Motion To Continue Pretrial And Trial Dates ("Plaintiffs' Précis") (Dkt. 292) and the fact that defendant Rothstein, Kass and Company, P.C. ("Rothstein Kass") does not oppose the requested relief (Dkt. 293); and

WHEREAS the parties hereto agree that a motion to continue the pretrial and trial dates is a matter of urgency given imminent deadlines and the recent appearance of co-counsel on behalf of Plaintiffs, as ordered by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and defendant Rothstein Kass, pursuant to Civil L.R. 6-2, as follows:

1. Pursuant to the Order, Plaintiffs will file a motion to continue all pretrial and trial dates, consistent with the dates set forth in Plaintiffs' Precis, on or before December 28, 2011; and

2. Defendant Rothstein Kass will not oppose such motion; and

3. The parties request that the motion be heard on an expedited basis on Friday, January 6, 2012 at a time convenient to the Court to permit, *inter alia*, Maxwell Blecher, Esq. of Blecher & Collins to be present in Court on behalf of Rothstein Kass, as well as an attorney from Cohen Milstein Sellers & Toll, PLLC on behalf of Plaintiffs; and

4. The parties request that if the January 6, 2012 date is unavailable to the Court, the hearing proceed on the afternoon of January 5, 2012 at a time convenient to the Court.

4. The deadlines for exchange of all expert reports as set forth in this Court's December 7, 2011 Scheduling Order (Dkt. 285) are extended by a period of fourteen (14) days to allow the Court to consider the motion for continuance before such exchanges occur.

**IT IS SO STIPULATED.**

Dated: December 22, 2011

GOLD BENNETT CERA & SIDENER LLP

By: _____
Solomon B. Cera

- and -

COHEN MILSTEIN SELLERS & TOLL, PLLC

Attorneys for Plaintiffs and
All Others Similarly Situated

Dated: December 22, 2011

BLECHER & COLLINS PC

By: _____
Maryann R. Marzano
515 South Figueroa Street, Suite 1750
Los Angeles, CA 90017-3334
Tel.: (213) 622-4222
Email: mmarzano@blechercollins.com

– and –

HODGSON RUSS LLP
Joel M. Wolosky
1540 Broadway, 24th Floor
New York, NY 10036
Tel.: (212)751-4300
Fax: (212) 751-0928
Email: jwolosky@hodgsonruss.com

Attorneys for Defendant
Rothstein Kass & Company, P.C.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on the motion for continuance of all pretrial and trial dates shall occur on January 6, 2012 at 2:00 p.m.

Dated: December 23, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE