IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST by its co-trustee ERIC BRAUN, and WENDY MEG SIEGEL, on behalf of themselves and all other similarly situated,

    Plaintiffs,

  v.

SKY BELL ASSET MANAGEMENT, LLC, *et al.*,

    Defendants.
                                          /

No. C 10-03588 WHA

**ORDER GRANTING LEAVE TO FILE UNOPPOSED MOTION TO APPOINT CLASS COUNSEL AND CERTIFY CLASSES**

    Plaintiffs have submitted a request for leave to file an unopposed motion to appoint class counsel and certify classes in accordance with the order dated October 28, 2011, conditionally granting the motion for class certification. Thus, the request for leave to file a motion to appoint class counsel and certify classes is hereby **GRANTED**.

    **IT IS SO ORDERED.**

Dated: January 13, 2012.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE