United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST by its co-trustee ERIC BRAUN, and WENDY MEG SEIGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br>**NOTICE REGARDING HEARING SET FOR FEBRUARY 9, 2012** |

There is a reasonable possibility that the Court will be dark on Thursday, February 9, 2012, and this hearing will need to be postponed. This serves as a notice to counsel. The Court will not be able to confirm whether the hearing will be rescheduled until Tuesday, February 7. If there is a possibility that this will be problematic for out of town counsel, please let the Court know promptly.

**IT IS SO ORDERED.**

Dated: February 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE