IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST by its co-trustee ERIC BRAUN, and WENDY MEG SEIGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br>**NOTICE CONFIRMING FEBRUARY 9, 2012, HEARING DATE** |

This notice is to confirm that the hearing set for 8:00 a.m. on February 9, 2012, will go forward as regularly scheduled.

**IT IS SO ORDERED.**

Dated: February 6, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE