IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST by its co-trustee ERIC BRAUN, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br>**ORDER REQUESTING RESPONSE** |

Counsel were ordered to submit an *agreed-on* form of class notice and plan of dissemination and time table (Dkt. No. 317 at 11). Plaintiffs submitted their proposed form of class notice and plan of dissemination and time table. Please advise by **5 P.M. ON MARCH 1, 2012**, if defendant joins in plaintiffs' submissions.

**IT IS SO ORDERED.**

Dated: February 29, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE