GOLD BENNETT CERA & SIDENER LLP
SOLOMON B. CERA (State Bar No. 99467)
GWENDOLYN R. GIBLIN (State Bar No. 181973)
C. ANDREW DIRKSEN (State Bar No. 197378)
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
scera@gbcslaw.com
ggiblin@gbcslaw.com
cdirksen@gbcslaw.com

Attorneys for Plaintiffs and
the Certified Classes

BLECHER & COLLINS, P.C.
MAXWELL M. BLECHER (State Bar No. 26202)
MARYANN R, MARZANO (State Bar No. 96867)
DONALD R. PEPPERMAN (State Bar No. 109809)
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656
mblecher@blechercollins.com
mmarzano@blechercollins.com
dpepperman@blechercollins.com

Attorneys for Defendant
Rothstein Kass & Company, P.C.

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE; ERIC BRAUN; THE BRAUN FAMILY TRUST by its co-trustee ERIC BRAUN; and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC et al.<br>                Defendants. | Case No.: 10-CV-03588 (WHA)<br><br>**PARTIES' JOINT PRÉCIS SEEKING RELIEF FROM THE MARCH 23, 2012 DEADLINE TO DISSEMINATE CLASS NOTICE AND TO FILE A MOTION FOR PRELIMINARY APPROVAL OF THE PARTIES' MEDIATED SETTLEMENT** |

JOINT PRÉCIS SEEKING RELIEF FROM THE MARCH 23, 2012 DEADLINE TO DISSEMINATE CLASS
NOTICE AND TO FILE A MTN FOR PRELIM. APPROVAL OF THE PARTIES' MEDIATED SETTLEMENT
CASE NO. 10-CV-03588 (WHA)
#125595

1  Pursuant to the Second Amended Case Management Order (Dkt. No. 69), Plaintiffs and Defendant Rothstein Kass & Company, P.C. jointly submit this précis seeking relief from the March 23, 2012 deadline to disseminate the class notice and for leave to file a motion for preliminary approval of the parties' mediated settlement.

Following class certification and appointment of Class Counsel (Dkt. No. 317), the parties determined that the case was ripe for exploring possible settlement scenarios with the assistance of a skilled mediator. Cognizant of the Court's Memorandum Opinion Regarding Factors to be Evaluated for any Proposed Class Settlement (Dkt. No. 66), the parties agreed that all such discussions should be conducted through the Hon. Gary L. Taylor (Ret.) of JAMS. Judge Taylor has nearly 20 years of judicial service, including 15 years as a United States District Court Judge for the Central District of California.

The parties submitted to Judge Taylor (but did not exchange) confidential mediation statements. This was followed by a day-long mediation session before Judge Taylor. The parties did not immediately reach an agreement, although Judge Taylor determined that it would be worthwhile to continue discussions, with Judge Taylor serving as a conduit for all such communications. Following the mediation, each side had numerous communications with Judge Taylor. Ultimately, both sides agreed to a mediator's proposal made by Judge Taylor.

The parties are drafting a settlement agreement reflecting their acceptance of the mediator's proposal made by Judge Taylor and fully documenting the settlement terms. The parties are diligently working to finalize the settlement documentation and to file a motion for preliminary approval of the settlement by April 2, 2012. Accordingly, the parties respectfully request that the Court grant leave to file a motion for preliminary approval of the settlement.

In light of the parties' acceptance of the mediator's proposal, Plaintiffs also request relief from the March 23, 2012 deadline to disseminate the Class Notice. This request is made to avoid unnecessary expense, and potential confusion that would result if preliminary approval of the mediated settlement is granted and Plaintiffs are required to disseminate a second class notice informing Class Members of the proposed settlement. Deferring the dissemination of Class Notice will avoid requiring Class Members to choose whether to remain in the Class or to opt out

without full knowledge of the proposed settlement that has been agreed to in principle.

Dated: March 19, 2012

GOLD BENNETT CERA & SIDENER LLP
– and –
COHEN MILSTEIN SELLERS & TOLL PLLC
Herbert E. Milstein (admitted *pro hac vice*)
Joshua S. Devore (admitted *pro hac vice*)
Matthew B. Kaplan (admitted *pro hac vice*)
1100 New York Ave., NW
Suite 500, West Tower
Washington, DC 20005-3965
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
hmilstein@cohenmilstein.com
jdevore@cohenmilstein.com
mkaplan@cohenmilstein.com

By: /s/ Herbert E. Milstein
Herbert E. Milstein

Attorneys for Plaintiffs and the Certified Classes

Dated: March 19, 2012

BLECHER & COLLINS PC

By: /s/ Maxwell M. Blecher
Maxwell M. Blecher
– and –
Hodgson Russ LLP
Joel M. Wolosky (admitted *pro hac vice*)
1540 Broadway, 24th Floor
New York, NY 10036
Telephone: (212)751-4300
Facsimile: (212) 751-0928
Email: jwolosky@hodgsonruss.com

Attorneys for Defendant
Rothstein Kass & Company, P.C.

JOINT PRÉCIS SEEKING RELIEF FROM THE MARCH 23, 2012 DEADLINE TO DISSEMINATE CLASS
NOTICE AND TO FILE A MTN FOR PRELIM. APPROVAL OF THE PARTIES' MEDIATED SETTLEMENT -
CASE NO. 10-CV-03588 (WHA)                                                                               2