IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, and THE BRAUN FAMILY TRUST by its co-trustee ERIC BRAUN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br>**ORDER LIFTING PRÉCIS SYSTEM** |

A précis system was put in place in this action as a prerequisite to bringing motions because the undersigned judge was in a large-scale criminal trial. The trial has now ended. The précis system is hereby lifted and motions may now be brought without regard to seeking advanced permission. Counsel are still requested to take care to engage only in fruitful motion practice.

**IT IS SO ORDERED.**

Dated: March 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE