United States District Court
For the Northern District of California

1
2
3
4
5
6                   IN THE UNITED STATES DISTRICT COURT
7
8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   EDGAR W. TUTTLE, ERIC BRAUN, and          No. C 10-03588 WHA
     THE BRAUN FAMILY TRUST by its co-
11   trustee ERIC BRAUN, on behalf of
     themselves and all others similarly situated,
12                                              **ORDER EXTENDING TIME**
13              Plaintiffs,                     **TO DISSEMINATE CLASS NOTICE**

14        v.

15   SKY BELL ASSET MANAGEMENT,
     LLC, *et al.*,
16
                Defendants.
17   _____/

18        Plaintiffs Edgar Tuttle, Eric Braun, and Eric Braun as co-trustee for the Braun Family

19   Trust and defendant Rothstein Kass & Company, P.C. submitted a joint request for relief from

20   the deadline to disseminate class notice and to file a motion for preliminary approval of the

21   parties' mediated settlement (Dkt. No. 334).  The deadline for disseminating the class notice will

22   be postponed until **APRIL 9, 2012**, on the condition that a full and complete settlement agreement

23   is submitted to the Court by **APRIL 2**.  Counsel shall file a memorandum along with the

24   settlement agreement, explaining how all of the considerations set forth in the memorandum

25   opinion regarding factors to be evaluated for any proposed class settlement are satisfied.

26        The Court does not approve of the parties' failure to comply with the referral of this

27   action to Magistrate Judge Spero for mediation and settlement, but that may not necessarily

28   derail settlement.  The settlement will be considered on the merits.

The parties shall also submit by **APRIL 2**, a final damages expert report by the damages expert, so the Court can review the percentage of recovery.

**IT IS SO ORDERED.**

Dated:  March 23, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California