1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGAR W. TUTTLE, ERIC BRAUN, and THE
BRAUN FAMILY TRUST by its co-trustee
ERIC BRAUN, on behalf of themselves and all
others similarly situated,

        Plaintiffs,

   v.

SKY BELL ASSET MANAGEMENT, *et al*,

        Defendants.

_____/

No. C 10-03588 WHA

**ORDER REQUIRING
ADDITIONAL INFORMATION
REGARDING PROPOSED
SETTLEMENT**

The Court is trying to understand the plan of allocation.  Class counsel shall submit a list

of class members by name with the percentage ownership in each limited partnership in which

said class member invested.  A list with this information will need to be appended to the notice

of proposed settlement that is mailed to class members so that class members will be able to

determine their percentage of recovery under the proposed settlement and make an informed

decision as to whether they seek to be bound by the settlement, if it is approved.

Please also answer the following:  If there were one million dollars to be distributed to

the three classes at issue and no one opted out, how would the settlement funds be distributed?

The dollar amounts should be listed beside each investor's name along with the percentage.  The

list and response to this question shall be submitted by **NOON ON APRIL 27, 2012**.  The deadline

for distributing class notice, previously set for April 23, 2012, is hereby **VACATED**.

      **IT IS SO ORDERED.**

Dated:  April 20, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2