IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, and THE BRAUN FAMILY TRUST by its co-trustee ERIC BRAUN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants.<br>_____/ | No. C 10-03588 WHA<br><br>**ORDER FINALIZING CLASS NOTICE AND REQUEST FORM** |

The Court is in receipt of class counsel's submission in response to yesterday's order. The notice of pendency of class action, proposed settlement, and fairness hearing and model request to opt out of the class action or object to the proposed class settlement form have been finalized. The final notice and request form are appended hereto. Class counsel shall disseminate the final notice and request form in full compliance with this order and the orders dated May 16 and May 22, 2012.

**IT IS SO ORDERED.**

Dated: May 23, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE