**United States District Court**
For the Northern District of California

1

2

3           IN THE UNITED STATES DISTRICT COURT

4

5           FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   EDGAR W. TUTTLE, ERIC BRAUN, and                      No. C 10-03588 WHA
    THE BRAUN FAMILY TRUST by its co-trustee
8   ERIC BRAUN, on behalf of themselves and all others
    similarly situated,
9
                   Plaintiffs,                            **SECOND ORDER RE**
10  v.                                                    **UNDELIVERABLE CLASS**
                                                          **NOTICES**
11  SKY BELL ASSET MANAGEMENT, LLC, *et al.*,

12                 Defendants.

13  ————————————————————————————— /

14       Class counsel are advised that the Court has received as undeliverable envelopes

15  containing the class notice and request to opt out form for the following:

16                 •    Vevey Holding Limited

17                 •    Jones Family Trust

18                 •    Jones Family Trust DTD 1/25/06

19       As previously stated, the Court would be inclined not to extinguish the rights of any class

20  member who fails to receive notice.  Such class members would be deemed opted out of the

21  class.  But counsel are welcome to cure the failure to deliver by locating an alternative address to

22  mail each class notice and request to opt out that was undeliverable.  Counsel must do so

23  promptly so that each class member whose mail was returned as undeliverable will receive the

24  class notice and have adequate time to object or request exclusion from the class.

25

26       **IT IS SO ORDERED.**

27

28  Dated: June 20, 2012.            _____
                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE