IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, and THE BRAUN FAMILY TRUST by its co-trustee ERIC BRAUN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>        Defendants.<br>_____ / | No. C 10-03588 WHA<br><br>**THIRD ORDER RE UNDELIVERABLE CLASS NOTICE** |

Class counsel are advised that the Court has received as undeliverable an envelope containing the class notice and request to opt out form for Christine Doan. As previously stated, the Court would be inclined not to extinguish the rights of any class member who fails to receive notice. Such class members would be deemed opted out of the class. But counsel are welcome to cure the failure to deliver by locating an alternative address to mail the class notice and request to opt out that was undeliverable. Counsel must do so promptly so that Ms. Doan will receive the class notice and have adequate time to object or request exclusion from the class.

**IT IS SO ORDERED.**

Dated: June 26, 2012.

                                                   WILLIAM ALSUP<br>                                                 UNITED STATES DISTRICT JUDGE