IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, and THE BRAUN FAMILY TRUST by its co-trustee ERIC BRAUN, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br> v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>   Defendants. | No. C 10-03588 WHA<br><br>**FOURTH ORDER RE UNDELIVERABLE CLASS NOTICE** |

  Class counsel are advised that the Court has received as undeliverable an envelope containing the class notice and request to opt out form for JMG Investment Trust, Josh Glazier TTEE. As previously stated, the Court would be inclined not to extinguish the rights of any class member who fails to receive notice. Such class members would be deemed opted out of the class.

  **IT IS SO ORDERED.**

Dated: July 13, 2012.

                WILLIAM ALSUP
                UNITED STATES DISTRICT JUDGE