United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, and THE BRAUN FAMILY TRUST by its co-trustee ERIC BRAUN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. / | No. C 10-03588 WHA<br><br>**NOTICE RE REQUESTS TO OPT OUT/OBJECTIONS** |

The deadline for class members to mail requests to opt out of the class and for class members to mail their objections to the proposed settlement or/and attorney's fees and costs was 12:01 a.m. on July 14, 2012. This serves as notice that the Court has not received any requests to opt out or objections of any kind. However, the class members whose notices were returned as undeliverable will be excluded from the class for all purposes.

**IT IS SO ORDERED.**

Dated: July 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE