**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, and THE BRAUN FAMILY TRUST by its co-trustee ERIC BRAUN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br>**NOTICE** |

As stated at today's hearing, class counsel has until August 31, 2012, to obtain an updated address for Brenda Scarborogh, JMG Investment Trust (Joshua Glazier TTEE), and Christine Doan. If class counsel are able to obtain updated addresses, then those individuals for whom notice is re-mailed to the updated address must be given a reasonable opportunity to object to or opt out of the proposed class settlement. The only exception is if said individual submits a letter, signed and dated, affirmatively stating that she wishes to be included in the settlement.

Dated: August 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE