IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGAR W. TUTTLE, ERIC BRAUN, and THE BRAUN FAMILY TRUST by its co-trustee ERIC BRAUN, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

SKY BELL ASSET MANAGEMENT, LLC, *et al*,

    Defendants.

No. C 10-03588 WHA

**ORDER REGARDING STATUS**

It is the understanding of the Court that, once the class settlement now in distribution is completed, this case will be over. Counsel are directed to confirm this understanding, or to show cause why there is more to do in this action. Responses to this order are due by **NOON ON OCTOBER 31, 2012**.

**IT IS SO ORDERED.**

Dated: October 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE