IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGAR W. TUTTLE, ERIC BRAUN, and
THE BRAUN FAMILY TRUST by its
co-trustee ERIC BRAUN, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

  v.

SKY BELL ASSET MANAGEMENT,
LLC, *et al.*,

    Defendants.

No. C 10-03588 WHA

**ORDER REQUIRING RESPONSE**

By order dated October 10, 2012, final approval of the class settlement was granted (Dkt. No. 391). Class counsel have confirmed that, once the class settlement now in distribution is completed, this case will be over (Dkt. No. 395). **BY JANUARY 7, 2013**, class counsel shall submit a report to the Court explaining (1) whether all class funds have been distributed with no snafus and that there is nothing more to do in this action *or* (2) explaining why the distribution has not been completed without incident and what more must be done.

**IT IS SO ORDERED.**

Dated: November 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE