**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, and WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

SKY BELL ASSET MANAGEMENT, LLC, *et al.*,

    Defendants.
                          /

No. C 10-03588 WHA

**ORDER RE DISTRIBUTION OF SETTLEMENT FUNDS AND COMPLETION OF WORK**

Final approval of the class settlement was granted by order dated October 10, 2012 (Dkt. No. 391). Class counsel were ordered to submit a report to the Court regarding distribution of the settlement funds. Class counsel have timely filed a response stating that "the settlement funds were mailed to all Class members on December 20, 2012," and that "[n]o material problems have arisen with distribution of the settlement funds" (Dkt. No. 398). Class counsel further represented that there is nothing more to do in this action and request the case be closed.

Pursuant to the October order granting final approval of the class settlement and approving $400,000 in attorney's fees, any remaining attorney's fees withheld pending resolution of the settlement agreement tasks should be disbursed to class counsel. **THE CLERK SHALL CLOSE THE FILE**.

Dated: January 8, 2013.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE